```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZPOTS LLC,                                              :
                                                        :
                              Plaintiff,                :
                                                        :            1:18-cv-9196-GHW
              -against-                                 :
                                                        :                 ORDER
HOME ESSENTIALS & BEYOND, INC.                          :
                                                        :
                              Defendant.                :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2020

GREGORY H. WOODS, United States District Judge:

A one-day virtual bench trial in this case took place on September 1, 2020 by Skype for Business videoconference. As stated on the record during that trial, the Court will hold a post-trial conference on September 2, 2020 at 10:30 a.m. Accordingly, it is hereby

ORDERED that the September 2, 2020 post-trial conference in this case will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/gregory_woods/FHIP012U

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number: 917-933-2166

Conference ID: 426-520-107

SO ORDERED.

Dated: September 1, 2020
New York, New York

GREGORY H. WOODS
United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.