```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZPOTS LLC,                                                       :
                                                                 :
                              Plaintiff,                         :
                                                                 :         1:18-cv-9196-GHW
                 -against-                                       :
                                                                 :              ORDER
HOME ESSENTIALS & BEYOND, INC.                                   :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2020

GREGORY H. WOODS, United States District Judge:

  A one-day bench trial in this case took place on September 1, 2020. As stated on the record during trial, the parties stipulated to the dismissal of Plaintiff's New York General Business Law § 349 claim and only proceeded to try Plaintiff's trade dress infringement claim under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). On September 2, 2020, the Court held a post-trial conference and delivered its findings of fact and conclusions of law, pursuant to Rule 52(a) of the Federal Rules of Civil Procedure. For the reasons stated on the record during that conference, the Court concluded that Plaintiff failed to prove its trade dress infringement claim and found in favor of Defendant.

  The Clerk of Court is directed to enter judgment in favor of Defendant, adjourn all deadlines, and close this case.

  SO ORDERED.

Dated: September 2, 2020

                        _____
                          GREGORY H. WOODS
                        United States District Judge