UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZPOTS LLC,

                          Plaintiff,                                    18 **CIVIL** 9196 (GHW)

               -against-                                              **JUDGMENT**


   HOME ESSENTIALS & BEYOND, INC.

                          Defendant.
------------------------------------------------------------X

　　　　It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated September 2, 2020, A one-day bench trial in this case took place on

September 1, 2020. As stated on the record during trial, the parties stipulated to the dismissal of

Plaintiff's New York General Business Law § 349 claim and only proceeded to try Plaintiff's trade dress

infringement claim under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). On September 2, 2020,

the Court held a post-trial conference and delivered its findings of fact and conclusions of law, pursuant

to Rule 52(a) of the Federal Rules of Civil Procedure. For the reasons stated on the record during that

conference, the Court concluded that Plaintiff failed to prove its trade dress infringement claim and

found in favor of Defendant; judgment is entered in favor of Defendant, and this case is closed.


**Dated:**  New York, New York
         September 4, 2020


                                                            **RUBY J. KRAJICK**
                                                     _____
                                                            **Clerk of Court**
                                          **BY:**
                                                            **Deputy Clerk**